IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Samuel Bateman, et al.,<br><br>    Defendants. | No. CR-22-08092-PCT-SMB<br><br>**VERDICT FORM** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the defendant, Ladell Jay Bistline, Jr.:

\_\_\_\_ NOT GUILTY
✓ GUILTY           as charged in Count 12 of the Third Superseding Indictment, Receipt of Child Pornography

\_\_\_\_ NOT GUILTY
✓ GUILTY           as charged in Count 13 of the Third Superseding Indictment, Transfer of Obscene Material to a Minor, Aid and Abet

\_\_\_\_ NOT GUILTY
✓ GUILTY           as charged in Count 27 of the Third Superseding Indictment, Persuading or Coercing Travel to Engage in Sexual Activity, Aid and Abet

\_\_\_\_ NOT GUILTY
✓ GUILTY           as charged in Count 28 of the Third Superseding Indictment, Using a Means of Interstate Commerce to Persuade or Coerce a Minor to Engage in Sexual Activity, Aid and Abet

| | | |
|---|---|---|
| 1 | ___ NOT GUILTY<br>_✓_ GUILTY | as charged in Count 29 of the Third Superseding Indictment, Transportation of a Minor for Criminal Sexual Activity, Aid and Abet |
| 4 | ___ NOT GUILTY<br>_✓_ GUILTY | as charged in Count 31 of the Third Superseding Indictment, Persuading or Coercing Travel to Engage in Sexual Activity, Aid and Abet |
| 7 | ___ NOT GUILTY<br>_✓_ GUILTY | as charged in Count 32 of the Third Superseding Indictment, Using a Means of Interstate Commerce to Persuade or Coerce a Minor to Engage in Sexual Activity, Aid and Abet |
| 10 | ___ NOT GUILTY<br>_✓_ GUILTY | as charged in Count 33 of the Third Superseding Indictment, Transportation of a Minor for Criminal Sexual Activity, Aid and Abet |

10/2/24
DATE

#1
Presiding Juror Number

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the defendant, Torrance Bistline:

\_\_\_\_\_ NOT GUILTY
✓ GUILTY         as charged in Count 26 of the Third Superseding Indictment, Using a Means of Interstate Commerce to Persuade or Coerce a Minor to Engage in Sexual Activity, Aid and Abet

\_\_\_\_\_ NOT GUILTY
✓ GUILTY         as charged in Count 42 of the Third Superseding Indictment, Destruction of Records in an Official Proceeding, Aid and Abet

\_\_\_\_\_ NOT GUILTY
✓ GUILTY         as charged in Count 43 of the Third Superseding Indictment, Conspiracy to Commit Destruction of Records in an Official Proceeding

\_\_\_\_\_ NOT GUILTY
✓ GUILTY         as charged in Count 44 of the Third Superseding Indictment, Tampering with an Official Proceeding, Aid and Abet

\_\_\_\_\_ NOT GUILTY
✓ GUILTY         as charged in Count 45 of the Third Superseding Indictment, Conspiracy to Commit Tampering with an Official Proceeding

\_\_\_\_\_ NOT GUILTY
✓ GUILTY         as charged in Count 49 of the Third Superseding Indictment, Destruction of Records in an Official Proceeding, Aid and Abet

10/2/24
DATE

#1
Presiding Juror Number