# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08092-010-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | (First Request) |
| Torrance Bistline, | |
| Defendant. | |

Upon motion of the Defendant and good cause appearing,

**IT IS ORDERED** granting the Defendant's Motion to Continue Sentencing for the reasons stated in the Defendant's motion.

**IT IS FURTHER ORDERED** continuing the Sentencing from December 20, 2024 at 3:30 p.m. to **March 24, 2025 at 3:00 p.m.**, in courtroom 506.

Dated this 10th day of December, 2024.

Honorable Susan M. Brnovich
United States District Judge